UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

13 CV 3419

I am that I am in Persona Propria" man terrie.

_____

_____

_____

(In the space above enter the full name(s) of the plaintiff(s).)

**COMPLAINT**

-against-

Jury Trial: ☐ Yes   ☑ No
(check one)

HPD
HPD ceo, HPD President Rafael E Castero
HPD Commissionerie Mathew M Wambua
HPD employee's c HPD employee Alfonso Polanc
the City of New York
City of New York license is Bureau/department
Alta gracia ravelo - Tivette Padilla
the Tenant Associations 120-122 west 139st nyc 10030

(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)

RECEIVED
MAY 17 2013
PRO SE OFFICE

**I.   Parties in this complaint:**

A.   List your name, address and telephone number. If you are presently in custody, include your
identification number and the name and address of your current place of confinement. Do the same
for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name I am that I a in Persona Propria "Man terrie"
I received Mail   Street Address 2759 Webster Av. HL69
County, City Bronx New york
State & Zip Code Bronx New york America 10450
Telephone Number (701) 484-1993

B.   List all defendants. You should state the full name of the defendant, even if that defendant is a
government agency, an organization, a corporation, or an individual. Include the address where
each defendant may be served. Make sure that the defendant(s) listed below are identical to those
contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name HPD c HPD Parties
Street Address 100 Gold Street Nyc

*Rev. 05/2010*

County, City *New York City*

State & Zip Code _____

Telephone Number _____

Defendant No. 2    Name *the City of New York*

Street Address *100 Church Street*

County, City *New York City*

State & Zip Code *New York City America*

Telephone Number _____

Defendant No. 3    Name *Altagracia Ravelo*

Street Address *120 West 139 St #14*

County, City *NYC*

State & Zip Code *New York City America*

Telephone Number *(212) 928-1091*

Defendant No. 4    Name *New York City License Department/Bureau*

Street Address _____

*"See Attach for additional Defendants"*

County, City _____

State & Zip Code _____

Telephone Number _____

*the Tenant Associations  120-122 W. 139 St  NYC 10030*

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction.  Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction?  *(check all that apply)*

*Treaties*    ☑ Federal Questions        ☐ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? *My Constitutional Rights, My privacy rights, My Safety right, My in persona propria right, native India person/person as a "Flesh" & "Bones" Brown Skin Individual.*

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

## III.    Statement of Claim:

State as briefly as possible the facts of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

D.HPD: HPD CEO/President

HPD CEO/President Rafael E. Castero

③ HPD Employee's

④ HPD Employee: Alfonson Polanco

⑤ the city of New York / New York City

⑥ New york city License Bureau's / department's

⑦ Altagracia Ravelo

⑧ full programs

⑨ the APM programs

⑩ Ivette padilla

⑪ the new: the old

Tenant Associations
120-122 West 139 street NYC 10030

This Law sue is against those individuals & Corporations

IVETTE PADILLA

| ORI No. | NY030033J | At a term of the Criminal Court, County of New York, |
| Order No. | | at the Courthouse at 100 Centre Street, State of New York |
| NYSID No. | 054573037 | |
| CJTN No. | | **ORDER OF PROTECTION** |

Present: Hon. **L. JOHNSON**

**ORDER OF PROTECTION**
Non - Family Offense - C.P.L. §530.13
(Not involving victims of domestic violence)

☐ Youthful Offender (check if applicable)

Part **A07** Index/Docket No. **2013NY026686**

THE PEOPLE OF THE STATE OF NEW YORK

-against-

IVETTE PADILLA,
                                    Defendant

Charges **240.30**

(Check one): ☐ Ex parte ☑ Defendant Present in court

Date of Birth **10 23 62**

NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND CRIMINAL PROSECUTION WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS FOR COMTEMPT OF COURT. IF THIS IS A TEMPORARY ORDER OF PROTECTION AND YOU FAIL TO APPEAR IN COURT WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AND THEN CONTINUES IN EFFECT UNTIL A NEW DATE SET BY THE COURT.

☑ **TEMPORARY ORDER OF PROTECTION.** Whereas good cause has been shown for the issuance of a temporary order of protection [as a condition of ☐ recognizance ☐ release on bail ☐ adjournment in contemplating of dismissal].
☐ **ORDER OF PROTECTION.** Whereas defendant has been convicted of [specify crime or violation]:
And the Court having made a determination in accordance with section 530.13 of the Criminal Procedure Law,

IT IS HEREBY ORDERED that the above-named defendant observe the following conditions of behavior: (Check applicable paragraphs and subparagraphs):

☑ Stay away from and/or from the

☑ [name(s) of protected person(s) or witness(es)]: Nan Terrie
☑ home of **Nan Terrie**
☑ school of **Nan Terrie**
☑ business of **Nan Terrie**
☑ Place of employment of **Nan Terrie**
☐ other _____

☑ Refrain from communication or any other contact by mail, telephone, e-mail, voice-mail or other electronic or any other means with [specify protected person(s)]: **Same**

☑ Refrain from assault, stalking, harassment, aggravated harassment, menacing, reckless endangerment, disorderly conduct, criminal mischief, sexual abuse, sexual misconduct, forcible touching, intimidation, threats or any criminal offense or interference with the victim or victims of, or designated witnesses to the alleged offense and such members of the family or household of such victim(s) or witness(es) as shall be specifically named [specify]: **Same**

☐ Refrain from intentionally injuring or killing without justification the following companion animal(s) (pet(s)) [specify type(s) and, if available, name(s)]:

☐ Surrender any and all handguns, pistols, revolvers, rifles, shotguns and other firearms owned or possessed, including, but not limited to, the following: _____ and do not obtain any further guns or other firearms. Such surrender shall take place immediately, but no later than [specify date/time]: _____ at _____

☑ Specify other conditions defendant must observe for the purposes of protection: **No 3rd party contact**

IT IS FURTHER ORDERED that the above-named Defendant's license to carry, possess, repair, sell or otherwise dispose of a firearm or firearms, if any, pursuant to Penal Law §400.00, is hereby ☑ suspended or ☐ revoked (note: final order only), and/or ☑ the Defendant shall remain ineligible to receive a firearm license during the period of this order. (Check all applicable boxes). NOTE: If this paragraph is checked, a copy of this form must be sent to: New York State Police, Pistol Permit Section, State Campus Building #22, 1220 Washington Avenue, Albany, New York 12226-2252.

IT IS FURTHER ORDERED that this order of protection shall remain in force until and including [specify date]: **10-18-13**

DATED: **4-19-13**

_____ JOHNSON PJ.
JUDGE/JUSTICE
COURT (COURT SEAL)

☑ Defendant Advised in Court of issuance and contents of Order.
☑ Order personally served on Defendant in Court _____
(Defendant's signature)

☐ Order to be served by other means [specify]: _____
☐ Warrant issued for Defendant
☐ ADDITIONAL SERVICE INFORMATION: [specify]: _____

The Criminal Procedure Law provides that presentation of a copy of this order of protection to any police officer or peace officer acting pursuant to his or her special duties shall authorize, and in some situations may require, such officer to arrest a defendant who has violated its terms and to bring him or her before the Court to face penalties authorized by law.

Federal law requires that this order must be honored and enforced by state and tribal courts, including courts of a state, the District of Columbia, commonwealth, territory or possession of the United States, if the person against whom the order is sought is an intimate partner of the protected party and has been or will be afforded reasonable notice and opportunity to be heard in accordance with state law sufficient to protect that person's rights (18 U.S.C. §§2265, 2266).

It is a federal crime to:
• cross state lines to violate this order or to stalk, harass or commit domestic violence against an intimate partner or family member;
• buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition while this Order remains in effect (Note: there is a limited exception for military or law enforcement officers but only while they are on duty); and
• buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition after a conviction of a domestic violence-related crime involving the use or attempted use of physical force or a deadly weapon against an intimate partner or family member, even after this Order has expired. (18 U.S.C. after this Order has expired. §§922(g)(8), 922(g)(9), 2261, 2261A, 2262).

_____ Use this form for non-family offense orders of protection, issued pursuant to CPL §530.13, that are not issued to protected victims of family offense between intimate partners and family and household members and are not entered onto statewide domestic violence registry. See Exec. L. §221-a(1); CPL §§530.11(1) 530.12(1).

| | | |
|---|---|---|
| ORI No: | NY030033J, | At a term of the Criminal Court, County of New York, |
| Order No: | | at the Courthouse at 100 Centre Street, State of New York |
| NYSID No: | 054573032Z | |
| CJTN No: | | **ORDER OF PROTECTION** |

Present Hon  L  JOHNSON

Non - Family Offense - C.P.L. §530.13
(Not involving victims of domestic violence)

☐ Youthful Offender (check if applicable)

**THE PEOPLE OF THE STATE OF NEW YORK**

-against-

**IVETTE PADILLA,**

Defendant.

Part ☐ Index/Docket No 2013NY026606

Charges  240.30

(Check one): ☐ Ex parte ☑ Defendant Present in court

Date of Birth 10 23 62

**NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND CRIMINAL PROSECUTION WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS FOR CONTEMPT OF COURT. IF THIS IS A TEMPORARY ORDER OF PROTECTION AND YOU FAIL TO APPEAR IN COURT WHEN YOU ARE REQUIRED TO DO SO, THE ORDER MAY BE EXTENDED IN YOUR ABSENCE AND THEN CONTINUES IN EFFECT UNTIL A NEW DATE SET BY THE COURT.**

☑ **TEMPORARY ORDER OF PROTECTION.** Whereas good cause has been shown for the issuance of a temporary order of protection [as a condition of
☑ recognizance ☐ release on bail ☐ adjournment in contemplating of dismissal],
☐ **ORDER OF PROTECTION.** Whereas defendant has been convicted of [specify crime or violation]:
And the Court having made a determination in accordance with section 530.13 of the Criminal Procedure Law,

IT IS HEREBY ORDERED that the above-named defendant observe the following conditions of behavior: (Check applicable paragraphs and subparagraphs):

☑ Stay away from and/or from the
  ☑ [name(s) of protected person(s) or witness(es)]  Nan Terrie
  ☑ home of  Nan Terrie
  ☑ school of  Nan Terrie
  ☑ business of  Nan Terrie
  ☑ Place of employment of  Nan Terrie
  ☐ other

☑ Refrain from communication or any other contact by mail, telephone, e-mail, voice-mail or other electronic or any other means with [specify protected person(s)]:  Same

☑ Refrain from assault, stalking, harassment, aggravated harassment, menacing, reckless endangerment, disorderly conduct, criminal mischief, sexual abuse, sexual misconduct, forcible touching, intimidation, threats or any criminal offense or interference with the victim or victims of, or designated witnesses to the alleged offense and such members of the family or household of such victim(s) or witness(es) as shall be specifically named [specify]:  Same

☐ Refrain from intentionally injuring or killing without justification the following companion animal(s) (pet(s)) [specify type(s) and, if available, name(s)]:

☐ Surrender any and all handguns, pistols, revolvers, rifles, shotguns and other firearms owned or possessed, including, but not limited to, the following: _____ and do not obtain any further guns or other firearms. Such surrender shall take place immediately, but no later than [specify date/time]: _____ at _____

☑ Specify other conditions defendant must observe for the purposes of protection:  No 3rd party contact

IT IS FURTHER ORDERED that the above-named Defendant's license to carry, possess, repair, sell or otherwise dispose of a firearm or firearms, if any pursuant to Penal Law §400.00, is hereby ☐ suspended or ☐ revoked (note: final order only), and/or ☑ the Defendant shall remain ineligible to receive a firearm license during the period of this order. (Check all applicable boxes). NOTE: If this paragraph is checked, a copy of this form must be sent to: New York State Police, Pistol Permit Section, State Campus Building #22, 1220 Washington Avenue, Albany, New York 12226-2252.

IT IS FURTHER ORDERED that this order of protection shall remain in force until and including [specify date]:  10-18-13

DATED:  4-19-13

L JOHNSON  P.t.

JUDGE/JUSTICE
COURT (COURT SEAL)

☑ Defendant Advised in Court of issuance and contents of Order.
☑ Order personally served on Defendant in Court _____

(Defendant's signature)

☐ Order to be served by other means [specify]: _____
☐ Warrant issued for Defendant
☐ ADDITIONAL SERVICE INFORMATION: [specify]: _____

The Criminal Procedure Law provides that presentation of a copy of this order of protection to any police officer or peace officer acting pursuant to his or her special duties shall authorize, and in some situations may require, such officer to arrest a defendant who has violated its terms and to bring him or her before the Court to face penalties authorized by law.

Federal law requires that this order must be honored and enforced by state and tribal courts, including courts of a state, the District of Columbia, commonwealth, territory or possession of the United States, if the person against whom the order is sought is an intimate partner of the protected party and has been or will be afforded reasonable notice and opportunity to be heard in accordance with state law sufficient to protect that person's rights (18 U.S.C. §§2265, 2266).

It is a federal crime to:
•cross state lines to violate this order or to stalk, harass or commit domestic violence against an intimated partner or family member;
•buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition while this Order remains in effect (Note: there is a limited exception for military or law enforcement officers but only while they are on duty); and
•buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition after a conviction of a domestic violence-related crime involving the use or attempted use of physical force or a deadly weapon against an intimated partner or family member, even after this Order has expired. (18 U.S.C. after this Order §§922(g)(8), 922(g)(9), 2261, 2261A, 2262).

    Use this form for non-family offense orders of protection, issued pursuant to CPL §530.13, that are not issued to protected victims of family offenses, intimating partners and family and household members and are not entered onto statewide domestic violence registry. See [Exec. I. §221-a(3), CPL §§530.11(1) 530.12(1).]

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

**A.** Where did the events giving rise to your claim(s) occur? 120 West 139 Street #14

New York City 10030

**B.** What date and approximate time did the events giving rise to your claim(s) occur?

From December 2012 till March 2013

Evette Padilla was arrested and there was a restraining order issued to me on 4/19/2013 Case: Docket # 2013NY026680

**C. Facts:**

*What happened to you?*

2012 I went to Delta Room for rent Attanacia Ravelo place her apartment to Delta Room for rent for rent when the Apartment and the building wasn't her the Apartment and the building belong to HPD, On NOV 21 2012 I fell

*Who did what?*

From the 4½ floor to the 3rd floor at 120 W 139 St when I had complained prior to my Injury I was Ignore. After my falling I got Harassed threat + Name Calling

*Was anyone else involved?*

Dec 3, 2012 I went to HPD 100 Gold St I spoke to Alfonso Polanco about the Illegal Rent that I was paying that I found out after my fell I called December 5th Attanacia Ravelo left went back to her Country Dominican Republic Right after she left her so

*Who else saw what happened?*

Called Daughter/Daughter-in-law Evette Padilla kept texting + harrassing me. She Illegal came + change the Folk without Any Court Approval Marshal. When she threated to have me "Pop" hell!!!

**IV. Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. My Injury I fell NOV 21 2012 I was Rush Oct 40 ... Harlem Hospital in Harlem, followed by several other hospitals Doctor's visits that lead to Bills, I have Currently 2 other Cases in Supreme Court Supreme Case is 2013/100370 + 2013/100142 also there is several Cases that is in Housing Court at 111 Centre St N/C I had breath harassed and discriminated against as a I'm that I am in person a propria + flesh + Bon Brown Skin Person, when I complained nothing was done, Rather they help me they laughed at me like I was Less than Piece-of-Shit, I am not a business, I am a Corporation I am a human being and my Constitutional and along with my Other Rights as a native indegeon individue was violent

Rev. 05/2010

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I'am seeking several Monetary Compensations and aantue Respectful Sincerety apology not any one. I'am Seeking both Money & Properties monetory Complensations along with Lands I'am not an award of the state that Calle united state of comporation I'am an native indesmious American this Land its my ancestral law when anyone violet/disrupt or try to take my life or treated to do so I inject Like my ancestors did so I will Fight's Fight hard, I'am a human being flesh & blood I'am no one Property except my own self.

---

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ___ day of _____, 20___ I'am that I'am in Personal propri

Signature of Plaintiff _nan terrie_

where I receive Mail> Mailing Address 2759 webster AV#L69 Bronx NYC 10458

Telephone Number (701) 484-1993

Fax Number *(if you have one)* _____

**Note:**   All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20___, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number        _____

Rev. 05/2010

Complaint# 2013-032-00183

# New York City Police Department
## Omniform System - Complaints

| | | | |
|---|---|---|---|
| | | Record Status:<br>Final, No Arrests | Complaint #:<br>2013-032-00183 |
| Report Cmd:<br>032 | Jurisdiction:<br>N.Y. POLICE DEPT | | Precinct: 032<br>Sector: E<br>Beat: 10<br>Post: |

Occurrence INSIDE OF 120 WEST 139 STREET
Location: APT: 14

Name Of Premise:
Premises Type: RESIDENCE - APT. HO
Location Within Premise: APARTMENT
Visible By Patrol?: NO

Aided #
Accident #
O.C.C.B. #

Occurrence From: 2013-01-06 10:15 SUNDAY
Occurrence thru:
Reported: 2013-01-09    12:50

Complaint Received: WALK-IN

Classification: AGG HARASSMENT
Attempted/Completed: COMPLETED
Most Serious Offense Is: MISDEMEANOR
PD Code: 639   AGGRAVATED HARASSMENT 2
PL Section: 24030
Keycode: 361   OFF. AGNST PUB ORD SENSBLTY &

Case Status: OPEN
Unit Referred To: P.D.U.
Clearance Code:
Log/Case #: 0
File #:
Prints Requested? NO

| Is This Related To Stop And Frisk Report<br>NO | SQF Number:<br>0000-000-00000 | Was The Victim's Personal<br>Information Taken Or<br>Possessed?<br>NO | Was The Victim's Personal<br>Information Used To Comn<br>A Crime?<br>NO |
|---|---|---|---|

Child Abuse Suspected?
NO

| Gang Related?<br>NO | OCCB FOD Log #: | Name Of Gang: | |
| | | Child In Common? | Intimate Relationship?<br>NO |
| DIR Required?<br>NO | | | Taxi Robbery:<br>Partition Prese |

Alarm:
Bypassed?
Comp Responded?:
Company
Name/Phone:
Crime Prevention
Survey Requested?:
Complaint/Reporter
Present?:

If Arson:
Structure:
Occupied?:
Damage by:

Amber Stress Li
Activat
Method of Conveyar
Location of Picl

If Burglary:
Forced Entry?
Structure:
Entry Method:
Entry Location:

Supervisor On Scene - Rank / Name / Command :

Canvas Conducted:
NO

Translator(if used):

NARRATIVE:
C/V STATES THAT AT T/P/O ABOVE PERP W/INTENT TO ANNOY AND HARASS C/V BY THREATENING HER. C/V STATES THAT PE
SUBLETTING APT. BY PERP MOTHER(WHO'S IN PUERTO RICO) C/V STATES THAT PERP SAID SHE WILL HAVE C/V KILL BY PEC
SHE KNOWS. C/V BEEN LIVING THERE FOR 8 MONTHS AND PLACE ON THE LEASE NOV. 2012 BY HPD. NO INJURY WAS SUSTAI
TO C/V. C/V ALSO IS SEEKING AN O/O/P.

No NYC TRANSIT Data for Complaint # 2013-032-00183

| Total Victims:<br>1 | Total Witnesses:<br>0 | Total Reporters:<br>0 | Total Wanted:<br>1 |
|---|---|---|---|

| VICTIM: # 1 of 1 | Name:<br>TERRIE,NAN | Complaint#:<br>2013-032-00183 |
|---|---|---|
| | Nick/AKA/Maiden:<br>UMOS: NO<br>Sex/Type: FEMALE<br>Race: UNKNOWN<br>Age: 19 | Gang/Crew Affiliation: NO<br>Name:<br>Identifiers: |

Complaint# 2013-032-00183

# New York City Police Department
## Omniform System - Complaints

| | | | | Complaint #:<br>2013-032-00183 |
|---|---|---|---|---|
| Report Cmd:<br>032 | Jurisdiction:<br>N.Y. POLICE DEPT | Record Status:<br>Final, No Arrests | | |

| Occurrence<br>Location: | INSIDE OF 120 WEST 139 STREET<br>APT: 14 | Precinct: 032<br>Sector: E<br>Beat: 10<br>Post: |
|---|---|---|
| Name Of Premise:<br>Premises Type: RESIDENCE - APT. HO<br>Location Within Premise: APARTMENT<br>Visible By Patrol?: NO | | |

| | |
|---|---|
| Occurrence From: 2013-01-06 10:15 SUNDAY<br>Occurrence thru:<br>Reported: 2013-01-09      12:50<br>Complaint Received: WALK-IN | Aided #<br>Accident #<br>O.C.C.B. # |

| | |
|---|---|
| Classification: AGG HARASSMENT<br>Attempted/Completed: COMPLETED<br>Most Serious Offense Is: MISDEMEANOR<br>     PD Code: 639   AGGRAVATED HARASSMENT 2<br>     PL Section: 24030<br>     Keycode: 361   OFF. AGNST PUB ORD SENSBLTY & | Case Status: OPEN<br>Unit Referred To: P.D.U.<br>   Clearance Code:<br>      Log/Case #: 0<br>         File #:<br>Prints Requested? NO |

| Is This Related To Stop And Frisk Report<br>NO | SQF Number:<br>0000-000-000000 | Was The Victim's Personal<br>Information Taken Or<br>Possessed?<br>NO | Was The Victim's Personal<br>Information Used To Com<br>A Crime?<br>NO |
|---|---|---|---|
| Gang Related?<br>NO | OCCB FOD Log #: | Name Of Gang: | Child Abuse Suspected?<br>NO |
| DIR Required?<br>NO | | Child in Common?<br>NO | Intimate Relationship?<br>NO |

| If Burglary:<br>Forced Entry?<br>Structure:<br>Entry Method:<br>Entry Location: | Alarm:<br>Bypassed?<br>Comp Responded?:<br>Company<br>Name/Phone:<br>Crime Prevention<br>Survey Requested?:<br>Complaint/Reporter<br>Present?: | If Arson:<br>Structure:<br>Occupied?:<br>Damage by: | Taxi Robbery:<br>Partition Pres<br>Amber Stress L<br>Activa<br>Method of Conveya<br>Location of Pic |
|---|---|---|---|

| Supervisor On Scene - Rank / Name / Command : | Canvas Conducted:<br>NO | Translator(if used): |
|---|---|---|

NARRATIVE:
C/V STATES THAT AT T/P/O ABOVE PERP W/INTENT TO ANNOY AND HARASS C/V BY THREATENING HER. C/V STATES THAT SH
SUBLETTING APT. BY PERP MOTHER(WHO'S IN PUERTO RICO). C/V STATES THAT PERP SAID SHE WILL HAVE C/V KILL BY PEO
SHE KNOWS. C/V BEEN LIVING THERE FOR 8 MONTHS AND PLACE ON THE LEASE NOV. 2012 BY HPD. NO INJURY WAS SUSTAIN
TO C/V. C/V ALSO IS SEEKING AN O/O/P.

## No NYC TRANSIT Data for Complaint # 2013-032-00183

| Total Victims:<br>1 | Total Witnesses:<br>0 | Total Reporters:<br>0 | Total Wanted:<br>1 |
|---|---|---|---|

| VICTIM: # 1 of 1 | Name:<br>TERRIE,NAN | Complaint#:<br>2013-032-00183 |
|---|---|---|
| Nick/AKA/Maiden:<br>UMOS: NO<br>Sex/Type: FEMALE<br>Race: UNKNOWN<br>Age: 19 | | Gang/Crew Affiliation: NO<br>Name:<br>Identifiers: |



+19176749111 🔊 Add - New York City, NY
11/18/12 7:20 PM 3 weeks ago

HI, This is all the way to do wondering that. I was calling you to find out a home because my mom call me and she wantedto know if you find a place to stay or som

As soon as possible. So when you get a chance, just give ME A of. I'll call please. Thank you.



Me to +19176749111 Add - New York City, NY
11/24/12 12:41 PM 2 weeks ago

Me: If yeah want me to be out yeah will simply have to take me to court, plain and simple. My school is taking over from now on. they will se

you and your mother n4 12:25 PM

8 more messages

+19176749111: Ok I'm sorry to hear that when u get out give me a call 12:39 PM

Me: ok, I will 12:41 PM



+19176749111 🔊 Add - New York City, NY
12/13/12 11:18 AM 7 hours ago

+19176749111: Gd morning this is altagarcia's daughter I been trying to reach u n u have call me I need to see I so when r u available we nee

talk 11:18 AM



+16465918376 Add - New York City, NY
12/13/12 7:08 PM 41 seconds ago

+16465918376: (1/2)+19176749111 - Ok that's fine I understand but I'm not my mom n I talk with respect n I'm trying to work with u but ur

going to 7:08 PM



<u>Evette Algracia so call Daughter</u> (917) 674-9111 - mobile
11/18/12 7:20 PM 3 weeks ago

HI, This is all the way to do wondering that. I was calling you to find out a home because my mom call me

use I'm gonna go on vacation, a magicalwith me so. ON. She wants to make sure that you have a place to st

<u>Evette Algracia so call Daughter</u> (917) 674-9111 - mobile
12/13/12 11:18 AM 8 hours ago

Evette Algracia so call Daughter: Gd morning this is altagarcia's daughter I been trying to reach u n u have call

me I need to see I so when r u available we need to talk 11:18 AM

<u>Evette Algracia so call Daughter</u> (917) 674-9111 - mobile
11/9/12 1:31 PM 4 weeks ago

Hi, this is out the bases Dehlah. I've been trying to call you, and I would like to speak to you in reference to my

<u>674-9111</u>. Please give me a call because I really would like to speak to you



<u>Evette Algracia so call Daughter</u> (917) 674-9111 - mobile
11/9/12 1:27 PM 4 weeks ago



*Transcript not available*



**Evette Algracia so call Daughter** (917) 674-9111 - mobile
11/9/12 1:25 PM 4 weeks ago

Hello, My name is you that. I'm not too late to deliver could you do me up, favor and call me at (917)
9111. I would like to speak to you, please. Thank you.

Evette Algraci
11/18/12 7:20

HI, This is all the way to do wondering that. I was calling you to find out a home because my mom call me a
m gonna go on vacation, a magical with me so. ON. She wants to make sure that you have a place to stay bef



Evette Algracia so call Daughter (917) 674-9111 - mobile
11/9/12 1:31 PM 4 weeks ago

Hi, this is out the bases Delilah. I've been trying to call you, and I would like to speak to you in reference to
674-9111. Please give me a call because I really would like to speak to youThank you.



**Evette Algracia so call Daughter** (917) 674-9111 - mobile
11/9/12 1:27 PM 4 weeks ago

*Transcript not available*



**Evette Algracia so call Daughter** (917) 674-9111 - mobile
11/9/12 1:25 PM 4 weeks ago

Hello, My name is you that. I'm not too late to deliver could you do me up, favor and call me at (91
9111. I would like to speak to you, please. Thank you.

Me to Evette Algracia so call Daughter (917) 674-9111 - mobile
11/24/12 12:41 PM 2 weeks ago

Me: If yeah want me to be out yeah will simply have to take me to court, plain and simple. My school is
taking over from now on. they will send you and your mother n4 12:25 PM

8 more messages

Evette Algracia so call Daughter: Ok I'm sorry to hear that when u get out give me a call 12:39 PM

Me: ok, I will 12:41 PM



Evette Algracia so call Daughter (917) 674-9111 - mobile
12/13/12 11:18 AM 8 hours ago

Evette Algracia so call Daughter: Gd morning this is altagarcia's daughter I been trying to reach u n u ha
me I need to see I so when r u available we need to talk 11:18 AM

Call
▼



+19176749111 🔊 Add - New York City, NY
11/18/12 7:20 PM 3 weeks ago

HI, This is all the way to do wondering that. I was calling you to find out a home because my mom call me and she wantedto know if you find a place to stay or somet

As soon as possible. So when you get a chance, just give ME A of. I'll call please. Thank you.



Me to +19176749111 Add - New York City, NY
11/24/12 12:41 PM 2 weeks ago

**Me:** If yeah want me to be out yeah will simply have to take me to court, plain and simple. My school is taking over from now on. they will send

you and your mother n4 12:25 PM

8 more messages

+19176749111: Ok I'm sorry to hear that when u get out give me a call 12:39 PM

**Me:** ok, I will 12:41 PM



+19176749111 🔊 Add - New York City, NY
12/13/12 11:18 AM 7 hours ago

+19176749111: Gd morning this is altagarcia's daughter I been trying to reach u n u have call me I need to see I so when r u available we need t

talk 11:18 AM



+16465918376 Add - New York City, NY
12/13/12 7:08 PM 41 seconds ago

+16465918376: (1/2)+19176749111 - Ok that's fine I understand but I'm not my mom n I talk with respect n I'm trying to work with u but ur not

going to 7:08 PM



**Evette Algracia so call Daughter** (917) 674-9111 - mobile
11/18/12 7:20 PM 3 weeks ago

HI, This is all the way to do wondering that. I was calling you to find out a home because my mom call me and

use I'm gonna go on vacation, a magicalwith me so. ON. She wants to make sure that you have a place to stay l



Evette Algracia so call Daughter (917) 674-9111 - mobile
12/13/12 11:18 AM 8 hours ago

**Evette Algracia so call Daughter:** Gd morning this is altagarcia's daughter I been trying to reach u n u have call

me I need to see I so when r u available we need to talk 11:18 AM

Evette Algracia so call Daughter (917) 674-9111 - mobile
11/9/12 1:31 PM 4 weeks ago

Hi, this is out the bases Delilah. I've been trying to call you, and I would like to speak to you in reference to my mot

674-9111. Please give me a call because I really would like to speak to you



**Evette Algracia so call Daughter** (917) 674-9111 - mobile
11/9/12 1:27 PM 4 weeks ago

*Transcript not available*

 **Evette Algracia so call Daughter** (917) 674-9111 - mobile
11/9/12 1:25 PM 4 weeks ago

Hello, My name is you that. I'm not too late to deliver could you do me up, favor and call me at (917) 674-9111. I would like to speak to you, please. Thank you.

 Evette Algracia so cal
11/18/12 7:20 PM 3 w

HI, This is all the way to do wondering that. I was calling you to find out a home because my mom call me and she m gonna go on vacation, a magical with me so. ON. She wants to make sure that you have a place to stay before she
Evette Algracia so call Daughter (917) 674-9111 - mobile
11/9/12 1:31 PM 4 weeks ago

Hi, this is out the bases Delilah. I've been trying to call you, and I would like to speak to you in reference to my mo
674-9111. Please give me a call because I really would like to speak to youThank you.

 **Evette Algracia so call Daughter** (917) 674-9111 - mobile
11/9/12 1:27 PM 4 weeks ago

*Transcript not available*

 **Evette Algracia so call Daughter** (917) 674-9111 - mobile
11/9/12 1:25 PM 4 weeks ago

Hello, My name is you that. I'm not too late to deliver could you do me up, favor and call me at (917) 674-9111. I would like to speak to you, please. Thank you.

 Me to Evette Algracia so call Daughter (917) 674-9111 - mobile
11/24/12 12:41 PM 2 weeks ago

**Me:** If yeah want me to be out yeah will simply have to take me to court, plain and simple. My school is taking over from now on. they will send you and your mother n4 12:25 PM
8 more messages
**Evette Algracia so call Daughter:** Ok I'm sorry to hear that when u get out give me a call 12:39 PM
**Me:** ok, I will 12:41 PM

 Evette Algracia so call Daughter (917) 674-9111 - mobile
12/13/12 11:18 AM 8 hours ago

**Evette Algracia so call Daughter:** Gd morning this is altagarcia's daughter I been trying to reach u n u have ca me I need to see I so when r u available we need to talk 11:18 AM

Call
▼



+19176749111 🔊 Add - New York City, NY
11/18/12 7:20 PM 3 weeks ago

HI, This is all the way to do wondering that. I was calling you to find out a home because my mom call me and she wantedto know if you had a place to stay or som

As soon as possible. So when you get a chance, just give Me A or. I'll call please. Thank you.



Me to +19176749111 Add - New York City, NY
11/24/12 12:41 PM 2 weeks ago

Me: If yeah want me to be out yeah will simply have to take me to court, plain and simple. My school is taking over from now on. they will se
you and your mother n4 12:25 PM

8 more messages

+19176749111: Ok I'm sorry to hear that when u get out give me a call 12:39 PM

Me: ok, I will 12:41 PM



+19176749111 🔊 Add - New York City, NY
12/13/12 11:18 AM 7 hours ago

+19176749111: Gd morning this is altagarcia's daughter I been trying to reach u n u have call me I need to see I so when r u available we nee
talk 11:18 AM



+16465918376 Add - New York City, NY
12/13/12 7:08 PM 41 seconds ago

+16465918376: (1/2)+19176749111 - Ok that's fine I understand but I'm not my mom n I talk with respect n I'm trying to work with u but ur
going to 7:08 PM



Evette Algracia so call Daughter (917) 674-9111 - mobile
11/18/12 7:20 PM 3 weeks ago

HI, This is all the way to do wondering that. I was calling you to find out a home because my mom call me a
use I'm gonna go on vacation, a magicalwith me so. ON. She wants to make sure that you have a place to sta

Evette Algracia so call Daughter (917) 674-9111 - mobile
12/13/12 11:18 AM 8 hours ago

Evette Algracia so call Daughter: Gd morning this is altagarcia's daughter I been trying to reach u n u have call
me I need to see I so when r u available we need to talk 11:18 AM



Evette Algracia so call Daughter (917) 674-9111 - mobile
11/9/12 1:31 PM 4 weeks ago

Hi, this is out the bases Delilah. I've been trying to call you, and I would like to speak to you in reference to my r
674-9111. Please give me a call because i really would like to speak to you



Evette Algracia so call Daughter (917) 674-9111 - mobile
11/9/12 1:27 PM 4 weeks ago

*Transcript not available*

 **Evette Algracia so call Daughter** (917) 674-9111 - mobile
11/9/12 1:25 PM 4 weeks ago

Hello, My name is you that. I'm not too late to deliver could you do me up, favor and call me at (917) 9111. I would like to speak to you, please. Thank you.

                                                                Evette Algrac
11/18/12 7:2C

HI, This is all the way to do wondering that. I was calling you to find out a home because my mom call me a m gonna go on vacation, a magicalwith me so. ON. She wants to make sure that you have a place to stay bef
**Evette Algracia so call Daughter** (917) 674-9111 - mobile
11/9/12 1:31 PM 4 weeks ago

Hi, this is out the bases Delilah. I've been trying to call you, and I would like to speak to you in reference to 674-9111. Please give me a call because I really would like to speak to youThank you.

 **Evette Algracia so call Daughter** (917) 674-9111 - mobile
11/9/12 1:27 PM 4 weeks ago

*Transcript not available*

 **Evette Algracia so call Daughter** (917) 674-9111 - mobile
11/9/12 1:25 PM 4 weeks ago

Hello, My name is you that. I'm not too late to deliver could you do me up, favor and call me at (9 9111. I would like to speak to you, please. Thank you.
 Me to **Evette Algracia so call Daughter** (917) 674-9111 - mobile
11/24/12 12:41 PM 2 weeks ago

Me: If yeah want me to be out yeah will simply have to take me to court, plain and simple. My school is taking over from now on. they will send you and your mother n4 12:25 PM
8 more messages
Evette Algracia so call Daughter: Ok I'm sorry to hear that when u get out give me a call 12:39 PM
Me: ok, I will 12:41 PM

 **Evette Algracia so call Daughter** (917) 674-9111 - mobile
12/13/12 11:18 AM 8 hours ago

Evette Algracia so call Daughter: Gd morning this is altagarcia's daughter I been trying to reach u n u h me I need to see I so when r u available we need to talk 11:18 AM

Call
▾



+19176749111 📢 Add - New York City, NY
11/18/12 7:20 PM 3 weeks ago

HI, This is all the way to do wondering that. I was calling you to find out a home because my mom call me and she wanted to know if you had a place to stay or somet

As soon as possible. So when you get a chance, just give Me a or I'll call please. Thank you.



Me to +19176749111 Add - New York City, NY
11/24/12 12:41 PM 2 weeks ago

Me: If yeah want me to be out yeah will simply have to take me to court, plain and simple. My school is taking over from now on. they will sen

you and your mother n4 12:25 PM

8 more messages

+19176749111: Ok I'm sorry to hear that when u get out give me a call 12:39 PM

Me: ok, I will 12:41 PM



+19176749111 📢 Add - New York City, NY
12/13/12 11:18 AM 7 hours ago

+19176749111: Gd morning this is altagarcia's daughter I been trying to reach u n u have call me I need to see I so when r u available we need t

talk 11:18 AM



+16465918376 Add - New York City, NY
12/13/12 7:08 PM 41 seconds ago

+16465918376: (1/2)+19176749111 - Ok that's fine I understand but I'm not my mom n I talk with respect n I'm trying to work with u but ur no

going to 7:08 PM



**Evette Algracia so call Daughter** (917) 674-9111 - mobile
11/18/12 7:20 PM 3 weeks ago

HI, This is all the way to do wondering that. I was calling you to find out a home because my mom call me and

use I'm gonna go on vacation, a magical with me so. ON. She wants to make sure that you have a place to stay

Evette Algracia so call Daughter (917) 674-9111 - mobile
12/13/12 11:18 AM 8 hours ago

Evette Algracia so call Daughter: Gd morning this is altagarcia's daughter I been trying to reach u n u have call

me I need to see I so when r u available we need to talk 11:18 AM



Evette Algracia so call Daughter (917) 674-9111 - mobile
11/9/12 1:31 PM 4 weeks ago

Hi, this is out the bases Delilah. I've been trying to call you, and I would like to speak to you in reference to my mot

674-9111. Please give me a call because I really would like to speak to you



**Evette Algracia so call Daughter** (917) 674-9111 - mobile
11/9/12 1:27 PM 4 weeks ago

 *Transcript not available*

 **Evette Algracia so call Daughter** (917) 674-9111 - mobile
11/9/12 1:25 PM 4 weeks ago

Hello, My name is you that. I'm not too late to deliver could you do me up, favor and call me at (917) 674-9111. I would like to speak to you, please. Thank you.

Evette Algracia so cal
11/18/12 7:20 PM 3 w

HI, This is all the way to do wondering that. I was calling you to find out a home because my mom call me and she' m gonna go on vacation, a magical with me so. ON. She wants to make sure that you have a place to stay before she
Evette Algracia so call Daughter (917) 674-9111 - mobile
11/9/12 1:31 PM 4 weeks ago

Hi, this is out the bases Delilah. I've been trying to call you, and I would like to speak to you in reference to my mo 674-9111. Please give me a call because I really would like to speak to youThank you.

 **Evette Algracia so call Daughter** (917) 674-9111 - mobile
11/9/12 1:27 PM 4 weeks ago

*Transcript not available*

 **Evette Algracia so call Daughter** (917) 674-9111 - mobile
11/9/12 1:25 PM 4 weeks ago

Hello, My name is you that. I'm not too late to deliver could you do me up, favor and call me at (917) 674-9111. I would like to speak to you, please. Thank you.

 Me to Evette Algracia so call Daughter (917) 674-9111 - mobile
11/24/12 12:41 PM 2 weeks ago

Me: If yeah want me to be out yeah will simply have to take me to court, plain and simple. My school is taking over from now on. they will send you and your mother n4 12:25 PM
8 more messages
Evette Algracia so call Daughter: Ok I'm sorry to hear that when u get out give me a call 12:39 PM
Me: ok, I will 12:41 PM

 **Evette Algracia so call Daughter** (917) 674-9111 - mobile
12/13/12 11:18 AM 8 hours ago

Evette Algracia so call Daughter: Gd morning this is altagarcia's daughter I been trying to reach u n u have ca me I need to see I so when r u available we need to talk 11:18 AM

Call
▾

# DELTA ROOOM RENTALS CORP

3644 BROADWAY (150TH STREET)

NEW YORK, NY 10031

(212)862-0030

info@deltaroomrentals.com

September 10,2012

To Whom This May Concern:

This letter serves as verification that Ms. Nan Terrie has used our services to rent a room at 120 West 139th Apt 14, New York, NY 10031. She is renting at a weekly rate of $100.00 dollars which is equivalent to $400.00 dollars a month.

If you have any further questions or concerns feel free to contact us at 212-862-0030 or via email.

Sincerely,

Jacqueline Martinez

Delta Room Rentals Corp

Manager

## SUBLEASE AGREEMENT

I, _AttaGracia Ravelo_ (Sublessor) agree to sublease premises described below to

_Han tennie_ (Subtenant) in consideration of a sum of money according to the terms below.  Both parties agree to keep and perform all the covenants and condition described below.

Sublessor agrees to sublet the premises located at: _130 West 139 Street #14_
**Street address, Unit #**

_New York_, _NY_ _10030_
**City**      **State**      **Zip Code**

The Sublessor is subject to all the terms and conditions of the original rental agreement, a copy of which is attached to this sublease agreement.

The term of this agreement begins _Sept 9, 2012. It is a month to month_ and ends
**Date** _It is end when Han tennie give her 30 days notice she'll move out._ **Date**

Subtenant agrees to surrender the premises upon the expiration of the term of this agreement in as good condition as they were at the beginning of the term, reasonable wear and use excluded.

Subtenant agrees to pay $ _4000_ per _month_ payable to:

_Al HaGracia Ravelo 130 West 139 St #14 NYC 10030_
**Name and address**

On: _the 9th of Each month._
**Due Date**

In addition, the following deposit shall be paid:
Deposit:      $ _500.00_      On: _on Sept 9, 2012_
**Due Date**
_Security deposit was paid_
*It is recommended that you obtain a deposit from your subtenant, but please note that deposits must be refunded within three weeks of your subtenant's departure, less any itemized expenses you withhold from the deposit for cleaning and/or damages (beyond reasonable wear and use), or for unpaid rent or utility use.*

_AttaGracia Ravelo_      _September 9, 2012_
**Signature of Sublessor**      **Date**

_Han tennie_      _October 22, 2012_
**Signature of Subtenant**      **Date**

The undersigned owner or agent hereby consents to the subleasing of the above-described premises according to the conditions of this Sublease Agreement.

_AttaGracia Ravelo_      _September 9, 2012_
**Signature of Owner/Agent**      **Date**

CIVIL COURT OF THE CITY OF NEW YORK

County of NY

Date February 8, 2013   Part B

Index No. L&T: 110/2013

Page ___ of ___

Hon. C. Gonzalez

NAN Terrie
120-122 West 139th St APT 14
Petitioner(s),
against
120-22 W. 139th ST   T.A
Altagracia Bavelo
& DHPD
Respondent(s)

**STIPULATION OF SETTLEMENT**

The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. However, after review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter.

| Party (please print) | Added/Amended or Deleted | Appearance | No Appearance | No Answer |
|---|---|---|---|---|
| Petitioner NAN TERRIE | | X | | |
| Respondent 1 ALTAGRACIA BAVELO | | | X | |
| Respondent 2 City of NY DHPD | | X | | |
| Respondent 3 120-22 W. 139th ST TA | | | X | |

It is hereby stipulated & agreed that the within proceeding is settled as between Petitioner & The City of NY DHPD as owner of 120-22 W. 139th ST. as follows:

① NAN Terrie is the occupant of Apt 14, and however Petitioner is not the tenant of the 120-22 W. 139th ST Tenant Association nor a tenant is Petitioner a tenant of the City of NY.

② Notwithstanding that Ms Terrie is not a tenant, Respondent City of NY/DHPD agrees to correct: (a) loose toilet (b) stoppage at toilet as per report of 1/10/13. (c) stoppage at tub + (d) CO2 / Smoke detector

③ The above conditions are to be corrected by Feb. 19, 2013. Access by calling tenant at (701) 484-1993 upon 24 hours notice.

④ This agreement shall not be construed as creating any landlord tenant relationship as between Petitioner and the Tenant Association OR Petitioner and the City of N.Y.

⑤ In the event the conditions are not corrected by February 19, 2013, Petitioner may restore case to the calendar on 8 days written notice to Respondent HPD 100 Gold Street Room 5 C2 NY NY 10038).

Harold Klienberg
1. Harold NY DHPD By Harold Klienberg    212-863-8409

AS Long the Matter Fix @ Nan Terrie
NAN TERRIE.



ATTORNEY GENERAL
MANAGING ATTNY'S OF.
RECEIVED
2013 FEB 28   PM 12: 44

ATTORNEY GENERAL ERIC T. SCHNEIDERMAN
STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
CIVIL RIGHTS BUREAU
120 BROADWAY,23rd FLOOR
NEW YORK, NEW YORK 10271-0332
HOTLINE: (800) 771-7755
TEL: (212) 416-8250 FAX: (212) 416-8074
WEB SITE: http://www.ag.ny.gov

## CIVIL RIGHTS COMPLAINT FORM

1.      **PLEASE NOTE:** The Civil Rights Bureau enforces laws protecting New Yorkers from discrimination on the basis of race, creed, color, national origin, sex, religion, age, marital status, sexual orientation, predisposing genetic characteristics, military status or disability. The Bureau does not investigate or litigate cases on behalf of individuals, or against state agencies. The Bureau primarily seeks to change patterns, practices and policies of discrimination that affect groups of people. If you believe that you are a victim of unlawful discrimination, and that others may have had a similar experience, please complete this form and mail it to our office at the address above, or fax it to (212) 416-8074. Or, if you wish to speak to someone about your complaint, call our office at (212) 416-8250.

2.      If you choose to enclose any additional documents concerning your complaint, please make sure you enclose copies (not originals) of those documents.

3.      The Attorney General is not your private attorney and this complaint form is not a lawsuit. If you have any questions about your legal rights or responsibilities, you should contact a private attorney.

**PERSON FILING COMPLAINT:**
Your Name _____
Street Address _____
City/State/Zip _____
Phone _____

**WHO DO YOU BELIEVE DISCRIMINATED AGAINST YOU?**
Name of Person or Entity _____
Street Address _____
City/State/Zip _____
Phone _____

1

**Were there any witnesses to the discrimination?**   ☐ Yes   ☐ No   ☒ Don't Know

IF YES, please provide their names, addresses and/or telephone numbers, or feel free to provide them with our address, website and/or phone number so that they may contact us directly.

_____

_____

**Do you know if <u>anyone else</u> has also experienced the discriminatory treatment you just described?**   ☐ Yes   ☐ No   ☒ Don't Know

IF YES, please provide their names, addresses and/or telephone numbers, or feel free to provide them with our address, website and/or phone number so that they may contact us directly.

_____

_____

**Have you also filed a complaint about the discrimination with any of the following agencies?**

| | | |
|---|---|---|
| New York State Division of Human Rights | ☐ Yes | ☒ No |
| New York City Commission on Human Rights | ☐ Yes | ☒ No |
| U.S. Equal Employment Opportunity Commission | ☐ Yes | ☒ No |
| U.S. Department of Housing and Urban Development | ☐ Yes | ☐ No |

Other: _Just the Civil Court House, Date Summons of Complain # 13/100149  11/19 O 13_

**Are you represented by a private attorney?**   ☐ Yes   ☐ No

If YES, please provide his/her name and telephone number.

_Civil Court Summons & Complain # 13/100149_

**Have you already filed a complaint in court?**   ☐ Yes   ☐ No

If YES, please indicate which court it was filed in and the case name.

_Civil Court 60 Centre Street NYC_

(please continue on the following page.....)

3

Dated: _____Bronx_____, New York
_____December 14_____, 2012

_____
Signature of Claimant

Nan Terrie
_____
Print Name of Claimant

TO BE COMPLETED BY NOTARY PUBLIC

STATE OF NEW YORK   }
                    } SS
COUNTY OF Bronx }

On the __14__ day of ___December_____, 2012 before
me came and appeared ____Nan Terrie_____ to me
known and known to me to be the person who executed this
___Notice of Claim_____ [DESCRIBE PAPER SIGNED] and who
acknowledged to me that he/she executed the same.

_____
Notary Public

JOANNE E BROGAN
Notary Public - State of New York
NO. 01BR6205831
Qualified in Bronx County
My Commission Expires ___ 8 / 13

Ivette Padilla

At a term of the Criminal Court, County of New York,
at the Courthouse at 100 Centre Street, State of New York

ORDER OF PROTECTION
Non - Family Offense - C.P.L. §530.13
(Not involving victims of domestic violence)

☐ Youthful Offender (check if applicable)

Part ____ Index/Docket No _____

Charges _____

(Check one): ☒ Ex parte ☒ Defendant Present in court

THE PEOPLE OF THE STATE OF NEW YORK

-against-

IVETTE PADILLA,                                    Defendant

Date of Birth _____

**NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND CRIMINAL PROSECUTION, WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS FOR CONTEMPT OF COURT. IF THIS IS A TEMPORARY ORDER OF PROTECTION AND YOU FAIL TO APPEAR IN COURT WHEN YOU ARE REQUIRED TO DO SO, THE ORDER MAY BE EXTENDED IN YOUR ABSENCE AND THEN CONTINUES IN EFFECT UNTIL A NEW DATE SET BY THE COURT.**

☐ **TEMPORARY ORDER OF PROTECTION.** Whereas good cause has been shown for the issuance of a temporary order or protection [as a condition of:
☐ Recognizance ☐ release on bail ☐ adjournment in contemplating of dismissal];

☐ **ORDER OF PROTECTION.** Whereas defendant has been convicted of [specify crime or violation]: _____

And the Court having made a determination in accordance with section 530.13 of the Criminal Procedure Law.

IT IS HEREBY ORDERED that the above-named defendant observe the following conditions of behavior:   [Check applicable paragraphs and subparagraphs]:

☒ Stay away from     ☒ name(s) of protected person(s) or witness(es) Nan Terrie
and/or from the       ☒ home of Nan Terrie
                      ☒ school of Nan Terrie
                      ☒ business of Nan Terrie
                      ☒ Place of employment of Nan Terrie
                      ☒ other _____

☒ Refrain from communication or any other contact by mail, telephone, e-mail, voice-mail or other electronic or any other means with [specify protected person(s)]: Same

☒ Refrain from assault, stalking, harassment, aggravated harassment, menacing, reckless endangerment, disorderly conduct, criminal mischief, sexual misconduct, forcible touching, intimidation, threats or any criminal offense or interference with the victim or victims or an designated witness(es) as shall be specifically named [specify]: _____

☐ Refrain from intentionally injuring or killing without justification the following companion animal(s) pet(s) [specify type(s)] and, if available, name(s)] _____

☒ Specify other conditions defendant must observe for the purposes of protection: _____

IT IS FURTHER ORDERED that the above-named Defendant's license to carry, possess, repair, sell or otherwise dispose of a firearm or firearms is ☐ suspended or ☐ revoked [note: final order only], and/or ☒ the Defendant shall remain ineligible to re-apply pursuant to Penal Law §400.00, is hereby _____ [Check all applicable boxes]. NOTE: if this paragraph is checked, a copy of this form must be sent to: New York State Police, Pistol Permit Section, State Campus Building #22, 1220 Washington Avenue, Albany, New York 12226-2252.

IT IS FURTHER ORDERED that this order of protection shall remain in force until and including [specify date] _____

DATED: 4-19-13

                                                                JUDGE/JUSTICE
                                                                COURT (COURT SEAL)

(Defendant's signature)

☒ Defendant Advised in Court of issuance and contents of Order.
☒ Order personally served on Defendant in Court _____

☐ Order to be served by other means [specify]: _____
☐ Warrant issued for Defendant
☐ ADDITIONAL SERVICE INFORMATION: [specify]: _____

The Criminal Procedure Law provides that presentation of a copy of this order of protection to any police officer or peace officer acting pursuant to his special duties shall authorize, and in some situations may require, such officer to arrest a defendant who has violated its terms and to bring him or her before the court.

Mr. White came out closed Emily door
then met me back down on the first
floor say okay but I didn't told
him I heard them talking but I asked
him what did Emily said he said "she
said okay" while looking down at floor
he then open the first door on the
first floor told "no there's a rat
that died in here hold your breath"
then added I told them to fund it we
never did it stinks in here" The apt met
was used for empty storages there were
all kinds of shits inside there, he grab
the New toilet with the box, & then ask
him "how is he going to get this & this
up to the 4th floor" he told me "don't worry
about it" so he carried it to 1200 1300
then he rolled step by step until he
made it to the Elevator door I take him
picture 10 to 20 min he caught to be nice
politive being nice + offered if he like
cranbury + orange juice he told me "no, but
do you have any beer" I told him sorry I don't
drink nor smoke, he had told me when
he was Nelly I damn am out of breath need
to stop smoking and laugh" I didn't say any

Then he told me "Yes I smoke no drink." I then told him its not good for your health and I walked up to Sara after I made such statements. After I offered him does he want a drink that I have Cranberry/orange juice he asked me for a beer I told him I don't drink or smoke, he looks at me strange then after few minute he told me he'll "be back." I said okay 15mn later Mr. White came to the apt with beer's in his hand I was pretty upset when he did that that was complete disrespect to me when he did that with a nice calm voice I simple told him Please don't drink this in here I don't like this inside here he told me well the lady who used to be here who care every tomonth, know it don't who's your problem." He pop opened one of the glass beer and drinked it in front of me. I walked away from him which angry. Mr. white drink all the beer half the show he seemed to be drunk then after drinking all the beer's →

he told Me "I have to finish this Job another time if emily ask call a day-you if the Job is slow just tell her all I tried to finish is a stoppe for the tub" I stood in front of him was confused then I look I notice he couldn't stad up right or hold the tool's ub & correctly Mr. white was drunk, he asked me when will you be here, will you be home saturday february 23 2013 around 9 Am in order to finished this Job I'm charging her $150 plus for this Job call day"I look at him told him I have to go to Long Island to My nature tribe I had to be with My family and friends that's going to be flyg and meet there for a quiely meetig at Hattie I didn't know there were storm coming, when I told him what Mr white said "Oh his about only I told him I have to cut My tie with family that to come back another time" he left at 1pm. I new the way Mr white was acting strange on sunday when he late to finished the Job from Probabley Misper him in his car he didn't want to talk to me when ask him a question he responded by patting him the am family, he did finished the work on sunday later @ 12. 45 p.

① Saturday February 23, 2013
Saturday I accidentally closed
My door, I was going to throw
the garbage outside. I had
a bunch of garbage bags in my
hand and the door closed behind
me. It was raining so bad outside
due to the storm, so I went and
threw the garbage. While I was returning
inside I saw this gentleman that
Robert the president for the Tenant
Association at 120-130 W. 138...
Robert Design apt 4 at 120 W 138...
the gentleman always speaks to me
he said Hello, I respond then
since to help Robert to clean
up outside once a while I saw
him take the garbage from the
garbage cans and put it in the curve
to be picked up. then I asked
him, hi do you by any chance have
a copy to apt # 14 the bottom lock
By copy thing My door is lock accidently
when I was trying to get all those
bags out. he said "no" but Emily shall...
"he said I'll go ask her "I said

Please don't I already know they don't like me here, Emily hate me because I heard it from her mouth Friday and Wednesday the so-called president all he does is talk bad about me with the tenants/the other tenants in my building, they never said hi/hello to me whenever he sees/saw me all they do is laugh or give me a fake smile, I know my place so I have no support here from them and the tenant associations, I am constantly been discriminated from and by them so they hold my space and steady the then told me are you serious, your a good person, you must be joking, anyway let me go and asked Emily, I said its up to you I know she'll will say no because I know how Emily she feel about me, so he went after 10 min he came back with this door is his too, I asked him are you okay, he said no I said what's wrong he added I know Emily have the key to the bottom lock for your apt. oh by by she told me No I cannot help, she tell her to call a locksmith and she slam the door on my face!

you'd see what I mean
My dad & I don't understand
why Emly refused to open the
door, I know you took years to
paint to fix her apt any the
bathroom, its real personal the
house you need to have a toilet
I know how much you spend
on purchase on food's and
you shower at people places
is goin to used the bathroom
why is emly be evil then he
added this a Christian she
suppose to be a Christian but again
she the only nesign in the church
he told me to be back" that Boss
Guy tried to help me open my
Tenor You open I have couldn't
eventually I had called 911 ESM
then I left My keys inside my
apt I Save her the address and
she think I left the stove/he
gas on because I was coming with
from the fire dept & the boss
open my door I got in I told them
Please send the bill to the tenant
associations and I save her too.

(40)

Address the gas was on because
prior to that I was cooking some thing
~~[crossed out]~~ but was
extremely pay because of Emily
hate, and she let her emotional
of hates to me the Place Could had
been destroy, kinly and referal
associating discrimination and
hates crews you and against no fee
my duty 120 in 139 st Could have been
no more I get inside the apartment
with the gunman he turn the stove off
and they left I know Emily have the
key to the bottom lock for the apartment
guy like the Atlanacia Nette
anything in my way harrasmen he
do illegal lock me out I react
out to the tenant association and
was told the next day by the
super at the fire Robert the crews
I called in the middle of the night
when you had your emergency of the
Illegal lock out he was laughy he told
me let her called a locksmith as
I will not called her back No you should
called her back need to know we don't
give a shit about what happen to her Delon super

Sunday feb
2/24/2013 @ 10:05a.

Mr Jimmy white who was
sent by Emily from the Tenant
Association at 120-122 west 139st. read
her office # 10 and her apt # 156
and relived the president office apt #46
at 122 west 139st. Mr white came
to the apt 120w-139st #14 nyc
10039 seemed to be extremely
upset's but was hiding it, he
seemed to me that he didn't want
to be there in order to finished
the job that he had started on friday
Feb 22, 2013 at 10:30a. When Mr white
arrived at my apt 120w 139st #14
on friday at 10:30a. he was pleasant
and nice he say my bathroom there were
so many note/flys when he open the
bathroom due to the fact I have not used
the bathroom since November because the
toilet and tub doesn't drains/Flushed, I have
had been fighting for the Tenant association to
fix it but he wanted, I had to go to Tenants
and landlords court at 111 centre st. to get
the help that I truly need.

Friday, Feb 22, 2013 after Mr. White arrived at the apt he start working he had his tools the snakes and so far but the toilet still doing that eventually after as min doing so he told me that I need a new toilet, I was like okay then he told me, "I have to go to talk to Emily let her know you going to need a new toilet," I was like okay, all I care about was for my Bathroom to be left to use so he told me he'll "be back," then asked me if I want to "come with him to meet Emily, but she wasn't dressed when he left the apt #6 at 12 or 12:45," I was like okay then I will but stand on the first floor while he walk to the second floor to Emily after I heard them talking so loud, she argued a little then she said over "Eventually I knew someone will need this the bring new toilet, I never thought it was going to be that bitch who I cannot stand I hate her," when I heard that I was listening I see →

had told me at the that the
next day when he saw me
that was few month's here.
I am be help discriminate again
by both Reilly and Robert the
President and the Knant Associating
120-122 West 139 St Nyc 10030



New York City Comptroller
John C. Liu

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

Form Version: NYC-COMPT-BLA-PD1-M

# Property Damage or Loss Claim Form

Claim must be filed *in person or by registered or certified mail within 90 days of the occurrence* at the NYC Comptroller's Office, 1 Centre Street, Room 1225, New York, New York 10007. It must be *notarized*. If claim is not resolved within *1 year and 90 days of the occurrence*, you must start legal action to preserve your rights.
TYPE OR PRINT

**I am filing:** ⊘ On behalf of myself.

○ On behalf of someone else. If on someone else's behalf, please provide the following information.

○ Attorney is filing.

| | |
|---|---|
| Last Name: | I'am that I'am "terra |
| First Name: | I'am that I'am "man |
| Relationship to the claimant: | Me, Myself, and I" |
| | In persona propria |

**Attorney Information (If claimant is represented by attorney)**

| | |
|---|---|
| Firm or Last Name: | |
| Firm or First Name: | |
| Address: | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |
| Attorney ID: | |
| Phone #: | |
| Email Address: | |

## Claimant Information

| | |
|---|---|
| *Last Name: | I'am that I'am "terra |
| *First Name: | I'am that I'am "man |
| Address: | I recieve mail at 2759 Webster |
| Address 2: | Avenue #L69 |
| City: | Bronx |
| State: | New York |
| Zip Code: | 10458. |
| Country: | America |
| Date of Birth: | 04/12/1990 |  Format: MM/DD/YYYY |
| Soc. Sec. # | |
| HICN: (Medicare #) | |
| Date of Death: | |  Format: MM/DD/YYYY |
| Phone: | |
| Email Address: | |
| Occupation: | |
| City Employee? | ○ Yes  ⊘ No  ○ NA |
| Gender | ○ Male  ○ Female  ⊘ Other  I'am that I'am |

I will be filing a federal a Congressional law Suite against

*Denotes required field(s).*

*Page 1 of 4*

New York City Comptroller
John C. Liu

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

**The time and place where the claim arose**

*Date of Incident: From Dec 2012 — till March 2013
Format: MM/DD/YYYY

Time of Incident: 24/7
Format: HH:MM AM/PM

Property Clerk
Voucher Number:

District Attorney
Release Number:

*Location of
Incident:

130 west 139st #14
New York city
10030

Address:
Address 2:
City:
State:
Borough

**\*Manner in which
claim arose:**

**Attach extra sheet(s)
if more room is
needed.**

HPD, the old tenant association, Alfaquia Ravelo, Ivette padilla & the city of New York the city of New York failed by allow HPD & the tenant association and by allowing Alfaquia Ravelo so called Daughter or Daughter-in-Law Ivette padilla to harassed me and threaten My Life, Ivette padilla had Illegally Lock/Evicted me by changing the lock of Apart #14 at 130 W 139st NYC. She kept threating Me, I eventually had to pressed

**The items of
damage claimed are
(include dollar
amounts):**

**Attach extra sheet(s)
if more room is
needed.**

Charges against her. All this for the tenant Association, Alfonso along with several HPD employees knew also I had called HPD several time & the tenant Association for help they just found My situation funny like it was a Joke If someone threat anyone life that need to be addressed that is extremely serious and

* Denotes required field(s).

I also felt it was racist since I'm a dominican person.



New York City Comptroller
John C. Liu

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

**Witness 1 Information**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

**Witness 2 Information**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

**Witness 3 Information**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

**Witness 4 Information**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

**Witness 5 Information**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

**Witness 6 Information**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

**Police Information**

| | |
|---|---|
| Police Officer Last Name: | |
| Police Officer First Name: | |
| Shield Number: | |
| Precinct: | |
| Report Number: | |

**Please indicate which of the following reports you have**

☐ Accident Report

☐ Aided Report

☐ Complaint Report



**New York City Comptroller**
John C. Liu

Office of the New York City Comptroller
1 Centre Street
New York, NY  10007

## Insurance Information

Do you have insurance? *Why?*  ○ Yes  ○ No

Did you report your accident to your insurance company?  ○ Yes  ○ No

Were you paid by your insurance company?  ○ Yes  ○ No

Is payment pending?  ○ Yes  ○ No

Deductible Amount:

Insurance Company Name:

Address:

Address 2:

City:

State:

Zip Code:

Policy #:

Phone #:

Agent Name:

## City vehicle information

Plate #:

City Driver Last Name:

City Driver First Name:

*Total Amount Claimed:

*Format: Do not include "$" or ",".*

---

**Date** May 17, 2013                **Signature of Claimant** *Nan Terrie*

YVETTE GARVAS
Notary Public, State of New York
No. 01SA6038698
Certified in New York County
Commission Expires April 10, 20__

State of New York
County of

I, NAN TERRIE _____, being duly sworn depose and say that I have read the foregoing
NOTICE OF CLAIM and know the contents thereof: that same is true to the best of my own knowledge, except as to the matter here stated to be alleged upon information and belief, and as to those matters. I believe them to be true.

Sworn before me this day MAY 17, 2013

Signature of Claimant *Nan Terrie*

Signature of notary *Yvette Garvas*

"I am that I'a... in Persona Propria
"Nan terrie", found HP head - Ceo/President
Commissioner Mathew M. Wambua, Rafael E. Cestero
President and other's HPD head Guilty and after
the City of NYC... Housing... the Tenant Association 130-120 W 139... Apt 6 11a
... Ahmad Al... Daughter in law/Daughter

*Denotes required field(s).                                Page 4 of 4